UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANA JEANNE CAIRNS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. C14-99-BJR<br><br>**ORDER DISMISSING CASE** |

The Court, after careful consideration of plaintiff's complaint, the defendant's motion to dismiss, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

(1)　The Court adopts the Report and Recommendation.

(2)　The Commissioner's motion to dismiss is **GRANTED** and the case is **DISMISSED** with prejudice.

(3)　The Clerk shall send copies of this Order to the parties and to Judge Tsuchida

DATED this 1st day of October, 2014.

*Barbara Rothstein*
BARBARA J. ROTHSTEIN
United States District Judge

ORDER DISMISSING CASE - 1